UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LIN LI,

Plaintiff,

-against-

ANTONIO M. LEWIS, POSTAL TRANSPORT, INC, and CLIFFORD B. FINKLE, JR., INC.,

Defendants.

------------------------------------------------------------X

Docket No.:

**NOTICE OF REMOVAL**

DEFENDANTS' NOTICE OF REMOVAL
TO THE HONORABLE JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

PLEASE TAKE NOTICE that under 28 U.S.C. Sections 1332(a) and 1446, defendants Antonio M. Lewis, Postal Transport, Inc., and Clifford B. Finkle, Jr., Inc. remove this case from the Supreme Court of the State of New York, County of Queens. As grounds for this removal, defendants, by their counsel Litchfield Cavo, LLP, respectfully set forth the following:

BACKGROUND

1. On March 9, 2019, Lin Li ("plaintiff") filed a Summons and Complaint against defendants Antonio M. Lewis, Postal Transport, Inc., and Clifford B. Finkle, Jr., Inc. in the Supreme Court of the State of New York, County of Queens bearing Index No. 704153/2019 and captioned *Lin Li v. Antonio M. Lewis, Postal Transport, Inc., and Clifford B. Finkle, Jr., Inc.*

2. In this action, plaintiff is seeking to recover for personal injuries arising out of a motor vehicle accident. The Summons & Complaint does not include a statement of the dollar amount in controversy. (Annexed as Exhibit "A" is a copy of the Summons & Complaint dated March 7, 2019 which was filed on March 9, 2019.)

3. Defendants Antonio M. Lewis, Postal Transport, Inc., and Clifford B. Finkle, Jr., Inc. were all served by substitute service through the New York State Secretary of State on March 18, 2019. (Annexed hereto as Exhibit "B" is a copy of the Affidavit of Service on Antonio M. Lewis. Annexed as Exhibit "C" is a copy of the Affidavit of Service on Postal Transport, Inc. Annexed as Exhibit "D" is a copy of the Affidavit of Service on Clifford B. Finkle, Jr., Inc.)

4. On June 6, 2019, defendants Antonio M. Lewis, Postal Transport, Inc., and Clifford B. Finkle, Jr., Inc. served and filed an Answer to the Complaint. (Annexed as Exhibit "E" is a copy of the Answer).

5. On June 6, 2019, Antonio M. Lewis, Postal Transport, Inc., and Clifford B. Finkle, Jr., Inc. also served a Demand for Ad Damnum upon plaintiff's counsel requesting a written statement setting forth the total dollar amount of damages being claimed for the personal injuries in this action. (Annexed as Exhibit "F" is a copy of the defendants' counsel's cover letter with the Demand for Ad Damnum.)

6. On July 8, 2019, defendants received Plaintiff's Supplemental Demand dated July 3, 2019 stating that plaintiff is seeking the total sum of $500,000 for personal injuries. (Annexed as Exhibit "G" is a copy of Plaintiff's Supplemental Demand.)

7. The receipt of plaintiff's response to defendants' demand was defendants' first notice that plaintiff was seeking to recovery a sum greater than $75,000 in this litigation.

## BASIS FOR FEDERAL JURISDICTION

8. Pursuant to 28 U.S.C. Section 1441(a), "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removal by the defendant or defendants, to the district court of the United States before the district and division embracing the place where such action is pending."

9. As set forth below, this Court has original jurisdiction over this action based on diversity of citizenship under 28 U.S.C. Section 1446(c)(2) because the matter is between citizens of different States and the amount in controversy exceeds $75,000.

10. Plaintiff Lin Li resides at 142-09 Bayside Avenue, Flushing, New York 11354.

11. Defendant Antonio M. Lewis resides at 3182 County Road 63, Selma, Alabama 36703.

12. Defendant Postal Transport, Inc. is a New Jersey corporation with its principal place of business at 435 Allwood Road, Clifton, New Jersey 07012.

13. Defendant Clifford B. Finkle, Jr., Inc. is also a New Jersey corporation with its principal place of business at 435 Allwood Road, Clifton, New Jersey 07012.

14. As plaintiff and defendants are thus citizens of different states, complete diversity exists under 28 U.S.C. Section 1332(a).

## VENUE AND PROCEDURAL REQUIREMENTS

14 The Supreme Court of the State of New York, County of Queens is located within this District. Accordingly, venue in this Court is proper under 28 U.S.C. Section 1446(d).

15. Upon receiving a filed copy of this Notice of Removal, a filed copy of this Notice of Removal and the accompanying filings will be served upon counsel for plaintiff and filed with

the Clerk of the Supreme Court of the State of New York, Queens County, as required by 28 U.S.C. Section 1446(d).

16. This Notice of Removal is filed timely under 28 U.S.C. Section 1446(b) as the amount in controversy was first received by defendants on July 8, 2019, at which point defendants were first able to ascertain that the case is removable. *See, Vasquez v. J.M. Products*, 2004 W.L. 1124646 (S.D.N.Y. 2004) and *Rosenthal v. Life Fitness*, 977 F. Supp. 597 (E.D.N.Y. 1997). *Compare, Osario v. Airbus Industries*, 2008 W.L. 545009 (E.D.N.Y. 2008)(case remanded where plaintiff had not yet specified a dollar amount in controversy).

20. Defendants have given the undersigned attorney authority to sign and file this Notice of Removal.

WHEREFORE, defendants Antonio M. Lewis, Postal Transport, Inc., and Clifford B. Finkle, Jr., Inc. respectfully request that the action caption as *Lin Li v. Antonio M. Lewis, Postal Transport, Inc., and Clifford B. Finkle, Jr., Inc.* pending in the Supreme Court of the State of New York, County of Queens under Index No.: 704153/2019, be removed to this Court, and that this Court exercise its subject matter jurisdiction over this action and provide such other relief as the Court deems just and proper.

Dated: New York, New York
July 24, 2019

Yours, etc.

By: [signature]
Mark A. Everett (ME-0958)
LITCHFIELD CAVO LLP
420 Lexington Avenue, Suite 2104
New York, New York 10170
T: (212) 434-0104
F: (212) 434-0105
E-mail: Everett@LitchfieldCavo.com
Our File No.: 3129-248
***Attorneys for Defendants* ANTONIO M. LEWIS, POSTAL TRANSPORT, INC, and CLIFFORD B. FINKLE, JR., INC.**

TO:
Jeffrey Kim, Esq.
JEFFREY KIM, P.C.
42-40- Bell Boulevard, Suite 304
Bayside, New York 11361
T: (718) 428-4949
***Attorney for Plaintiff***
***LIN LI***